**416**

S. E. C. CORPORATION, formerly known as Canaday Cooler Co., Inc., Plaintiff-Appellant,

v.

UNITED STATES of America, Defendant-Appellee.

No. 228, Docket 24175.

United States Court of Appeals Second Circuit.

Argued Feb. 8, 1957.

Decided Feb. 25, 1957.

Rollin Browne, of Satterlee, Browne & Cherbonnier, New York City (Irving Levine, New York City, on the brief), for plaintiff-appellant.

Miriam R. Goldman, Asst. U. S. Atty., New York City (Paul W. Williams, U. S. Atty., New York City, on the brief), for defendant-appellee.

Before CLARK, Chief Judge, MEDINA, Circuit Judge, and J. JOSEPH SMITH, District Judge.

PER CURIAM.

Affirmed on the opinion of District Judge Palmieri, D.C.S.D.N.Y., 140 F. Supp. 717.

---

Boyd R. RINGHISER, Appellant,

v.

The CHESAPEAKE & OHIO RAILWAY COMPANY, Appellee.

No. 12898.

United States Court of Appeals Sixth Circuit.

Dec. 19, 1956.

Alex S. Dombey, William A. Richards, C. Richard Grieser, Columbus, Ohio, for appellant.

Wilson & Rector, Columbus, Ohio, for appellee.

Before MARTIN, McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the record, the briefs of the parties, and the argument of counsel for appellant, the court having granted permission to counsel for appellee to submit its case on the brief; and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the judgment of the District Court be and is hereby affirmed for the reasons set forth in the opinion of Judge Cecil, sustaining appellee's motion for judgment notwithstanding verdict. 148 F.Supp. 529.